IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**VINCENT D. WILLIAMS**                                                                                   **PLAINTIFF**

v.                              Case No. 2:23-CV-00067-LPR

**NICHOLAS ANDERSON, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.  The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 2nd day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).